IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OVERSEAS PARTNERS RE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, ACE INA GROUP OF COMPANIES and STATE STREET BANK & TRUST COMPANY <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 04-11936 RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE FORM PURSUANT TO
LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, Overseas Partners Re Ltd. ("OP Re") is a Bermuda corporation with its principal place of business at Cumberland House, 1 Victoria Street, Hamilton, Bermuda. OP Re is a wholly owned subsidiary of Overseas Partners Ltd., also a Bermuda corporation.

Respectfully submitted,

OVERSEAS PARTNERS RE LTD,

_____
Rhonda L. Rittenberg, BBO#550498
John E. Matosky, BBO#641661
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000
(617) 456-8100 (fax)

Dated: September 3, 2004

