IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OVERSEAS PARTNERS RE LTD., | ) |
| | ) |
| Plaintiff, | ) C.A. No. |
| vs. | ) |
| | ) 04-11936 RCL |
| ACE AMERICAN INSURANCE COMPANY, | ) |
| ACE PROPERTY AND CASUALTY INSURANCE | ) |
| COMPANY, ACE INA GROUP OF COMPANIES and | ) |
| STATE STREET BANK & TRUST COMPANY | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiff, Overseas Partners Re Ltd. ("OP Re"), hereby moves this Court, pursuant to Fed. R. Civ. P. 65, to enter a Temporary Restraining Order and Preliminary Injunction enjoining the defendants ACE American Insurance Company, ACE Property & Casualty Insurance Company, and ACE INA Group of Companies (collectively, "ACE") from drawing down a letter of credit established in its favor by OP Re and issued by defendant State Street Bank & Trust Company ("State Street"), and enjoining State Street from honoring any call or demand for payment. In support of this motion, OP Re states the following.

1.   This action involves the reinsurance business. It arises from an attempt by defendants ACE American Insurance Company, ACE Property and Casualty Company, and ACE INA Group of Companies (collectively "ACE") to subvert an arbitration clause in its agreement with Overseas Partners Re Ltd. ("OP Re"). A dispute exists between OP Re and ACE relating to ACE's obligations with regard to certain collateral posted by OP Re pursuant to its

agreement with ACE. After breaching its agreement with OP Re, ACE is attempting to engage in prohibited self-help, seeking to seize the very collateral that is in dispute. If allowed to do so, ACE would fundamentally alter the status quo between the parties before their dispute can be resolved in accordance with the regular contractual arbitration procedures.

2. The facts underlying this dispute are set forth in OP Re's Verified Complaint for Injunction in Aid of Arbitration, and the Affidavit of Philip D. Birkby, which are being filed contemporaneously herewith and are incorporated herein by reference.

3. Injunctive relief is proper to uphold OP Re's contractual right to have disputes resolved by arbitration pursuant to the parties' agreement known as the Space Quota Share Treaty (the "Treaty"), by maintaining the status quo and preserving the letter of credit at issue.

4. As further set forth in the accompanying Memorandum of Law in support of this motion, this Court should exercise its discretion to issue injunctive relief to prevent ACE from irretrievably altering the subject matter of this dispute and, thus, infringing on the power of the arbitration panel to render a meaningful decision.

5. The risk of harm is imminent since ACE has already submitted a sight draft to draw down the amount of $15,710,004.00, which exceeds the amount to which it may be entitled.

6. Undersigned counsel hereby certify that notice of this motion has been given to the defendants by sending copies of the motion, the accompanying memorandum of law, the Verified Complaint, and the Affidavit of Philip D. Birkby, by electronic transmission.

7. OP Re requests that any security to be given under Rule 65(c) be nominal as there is little likelihood that ACE will suffer any damage by the issuance of a Temporary Restraining Order.

8. A proposed Temporary Restraining Order is submitted herewith in accordance with Federal Rule 65(b).

WHEREFORE, OP Re respectfully requests that this Court:

1. Enter a Temporary Restraining Order pending a hearing on OP Re's Motion for a Preliminary Injunction and until further Order of this Court:

   a. Enjoin defendants ACE American Insurance Company, ACE Property and Casualty Insurance Companies, and ACE INA Group of Companies and all persons acting in concert with all or any one of them from making any call or demand for payment upon the letter of credit bearing no. ILC-1198/BSN, until such time as the respective rights of the parties are determined by the pending arbitration; and

   b. Enjoin defendant State Street Bank & Trust Company and all persons acting in concert with it from honoring any call or demand for payment, or making any payment under the letter of credit bearing no. ILC-1198/BSN, until such time as the respective rights of the parties are determined by the pending arbitration; and

2. Order that ACE and State Street appear at a hearing to be held before this Honorable Court within the next 10 days to show cause why the Temporary Restraining Order should not be entered as a Preliminary Injunction.

Respectfully Submitted,

/s/ Rhonda L. Rittenberg

Rhonda L. Rittenberg, BBO#550498
John E. Matosky, BBO# 641661
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: 9/3/04