IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OVERSEAS PARTNERS RE LTD., )<br>)<br>     Plaintiff, )<br>  vs. )<br>)<br>ACE AMERICAN INSURANCE COMPANY, )<br>ACE PROPERTY AND CASUALTY INSURANCE )<br>COMPANY, ACE INA GROUP OF COMPANIES and )<br>STATE STREET BANK & TRUST COMPANY )<br>)<br>     Defendants. )<br>) | C.A. No.<br><br>04-11936 RCL |

### TEMPORARY RESTRAINING ORDER

Having considered the pleadings, briefs, and arguments of counsel for the plaintiff regarding this matter on an *ex parte* basis, IT IS HEREBY ORDERED that:

1. Defendants ACE American Insurance Company, ACE Property and Casualty Insurance Companies, and ACE INA Group of Companies and all persons acting in concert with all or any one of them are hereby enjoined from making any call or demand for payment upon the letter of credit bearing no. ILC-1198/BSN, until such time as the respective rights of the parties are determined by the pending arbitration;

2. Defendant State Street Bank & Trust Company and all persons acting in concert with it are hereby enjoined from honoring any call or demand for payment, or making any payment under the letter of credit bearing no. ILC-1198/BSN, until such time as the respective rights of the parties are determined by the pending arbitration; and

3. A hearing with notice to all parties as to whether a preliminary injunction should issue regarding the subject of the Order will take place on _____, 2004 at _____ in Courtroom _____ of the United States District Court for the District of Massachusetts, sitting at Boston, Massachusetts.

This ORDER shall only remain in effect for ten (10) days from the date of its issuance or until further order of this Court.

SO ORDERED:

DATED: _____    _____
                                                                                       U.S.D.J.