IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OVERSEAS PARTNERS RE LTD., ) | |
| ) | C.A. No. 04-11936 RCL |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ACE AMERICAN INSURANCE COMPANY, ) | |
| ACE PROPERTY AND CASUALTY INSURANCE ) | |
| COMPANY, ACE INA GROUP OF COMPANIES and ) | |
| STATE STREET BANK & TRUST COMPANY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

The plaintiff, Overseas Partners Re Ltd. ("OP Re"), files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i).

OP Re states that defendants have not served on it an answer or a motion for summary judgment in this action, and accordingly OP Re is entitled to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Respectfully Submitted,

 /s/Rhonda L. Rittenberg
Rhonda L. Rittenberg, BBO#550498
John E. Matosky, BBO# 641661
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: March 4, 2005